**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 22-12319-amc |
| Eugenia G. Hayes, | Chapter 13 |
| Debtor. | Related to ECF No. 50 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Debtor's Objection to Certification of Default, which was filed with the Court on October 19, 2023, as ECF No. 50. Thank you.

Date: January 8, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com