# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| In re: | Chapter 13 |
| Eugenia G. Hayes aka Eugenia Wilkins-Hayes aka Gina Wilkins-Hayes | Case No.: 22-12319-amc |
| Debtor | |

## ORDER FOR RELIEF

AND NOW, this 11th day of Jan. 2024, upon the Motion of Carrington Mortgage Services, LLC ("Movant"), and after Notice of Default and the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) and relief from the co-debtor stay provisions of 11 U.S.C. §1301 is modified with respect to premises, 4108 Tyson Avenue, Philadelphia, PA 19135 as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Judge Ashely M. Chan, U.S.B.J.