**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eugenia G. Hayes,<br><br>　　　　　　　　　　　　*Debtor*. | Chapter 13<br>Case No. 22-12319-amc |

**Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date**

A Motion to Modify Plan After Confirmation has been filed with the court in the above matter by Debtor Eugenia G. Hayes.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or you want the court to consider your views, you must file a response on or before **May 20, 2024**.

**A hearing on the motion is scheduled to be held on June 11, 2024, at 10:00 a.m.** before Chief U.S. Bankruptcy Judge Ashely M. Chan by telephone. Participants may access the hearing by dialing 877-873-8017 and entering access code 3027681. The hearing will be an evidentiary hearing unless the court orders otherwise.

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

**How to File a Response**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline.

Dated: April 29, 2024　　　　　　　　　　　　Michael I. Assad
　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C
　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　help@cibiklaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Movant*