**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eugenia G. Hayes,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12319-amc |

### Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Modify Plan After Confirmation
- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Dated: April 29, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

### Mailing List Exhibit

U.S. Department of Housing and Urban Development
11th Floor 100 Penn Square East
Philadelphia, PA 19107

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Premier Bankcard, LLC
Jefferson Capital Systems, LLC Assignee
Po Box 7999
St. Cloud, MN 56302-9617

PECO
2301 Market Street, 04 NW
Philadelphia, PA 19101

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell, NY 14219

Aidvantage on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-963

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595