# United States Bankruptcy Court
## Eastern District of Pennsylvania

Eugenia G. Hayes,

*Debtor.*

Chapter 13
Case No. 22-12319-amc

### Order Granting Motion to Modify Plan After Confirmation

And now, after consideration of the Motion to Modify Plan After Confirmation filed by Debtor Eugenia G. Hayes, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Modified Plan filed at ECF No. 75 is **APPROVED**.

Date: Oct. 2, 2024

Ashely M. Chan
Chief U.S. Bankruptcy Judge