# Cibik Law, P.C. # INVOICE

1500 Walnut Street, Suite 900  
Philadelphia, PA 19102

Invoice # 1  
Date: 02/26/2025

Eugenia Hayes  
4108 Tyson Avenue  
Philadelphia, PA 19135

## 2405-Hayes

## Bankruptcy 22-12319

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 02/17/2023 | MA | A104 Review/analyze B110 Case Administration: Reviewed mortgage company's motion for relief from stay | 0.20 | $70.00 |
| 02/22/2023 | MA | A106 Communicate (with client): Discussed motion for relief with client, outlined options, discussed next steps, came to a decision on negotiating arrears into plan via a stipulation and modification | 0.60 | $210.00 |
| 03/01/2023 | MA | A111 Other B110 Case Administration: Worked with opposing counsel on stipulation to resolve motion for relief from stay | 0.30 | $105.00 |
| 04/12/2023 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify, modified chapter 13 plan, and amended schedule J | 1.00 | $350.00 |
| 04/12/2023 | IR | A111 Other B110 Case Administration: Filed motion to modify, modified chapter 13 plan, and amended schedule j | 0.10 | $15.00 |
| 02/26/2025 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.40 | $140.00 |
| 02/26/2025 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | | **Quantity Subtotal** | **2.7** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 2.1 | $350.00 | $735.00 |
| Edward Gruber | Deputy Attorney | 0.4 | $350.00 | $140.00 |
| Iesha Reid | Senior Paralegal | 0.2 | $150.00 | $30.00 |
| | | **Quantity Total** | | **2.7** |
| | | | **Subtotal** | **$905.00** |
| | | | **Total** | **$905.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1 | | $905.00 | $0.00 | $905.00 |
| | | | **Outstanding Balance** | **$905.00** |
| | | | **Amount Requested** | **$900.00** |