# Cibik Law, P.C.

# INVOICE

1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Invoice # 2
Date: 02/26/2025

Eugenia Hayes
4108 Tyson Avenue
Philadelphia, PA 19135

## 2405-Hayes

## Bankruptcy 22-12319

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 03/05/2024 | MA | A104 Review/analyze B110 Case Administration: Reviewed trustee's motion to dismiss case and the debtor's payment history via the National Data Center | 0.20 | $70.00 |
| 03/05/2024 | MA | A106 Communicate (with client): Discussed trustee's motion to dismiss with debtor, discussed their payment history, advised them of possible options, discussed next steps, reached decision on resolving motion to dismiss with motion to modify | 0.50 | $175.00 |
| 04/29/2024 | MA | A103 Draft/revise B110 Case Administration: Drafted motion to modify and modified chapter 13 plan | 0.80 | $280.00 |
| 04/29/2024 | IR | A111 Other B110 Case Administration: Filed motion to modify and modified chapter 13 plan | 0.10 | $15.00 |
| 08/19/2024 | EJG | A103 Draft/revise B110 Case Administration: Drafted amended modified plan | 0.50 | $175.00 |
| 08/19/2024 | IR | A111 Other B110 Case Administration: Filed amended chapter 13 plan | 0.10 | $15.00 |
| 02/26/2025 | EJG | A103 Draft/revise B160 Fee/Employment Applications: Reviewed time sheets and drafted fee application | 0.50 | $175.00 |
| 02/26/2025 | IR | A111 Other B160 Fee/Employment Applications: Filed fee application | 0.10 | $15.00 |
| | | | **Quantity Subtotal** | 2.8 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Michael Assad | Attorney (former) | 1.5 | $350.00 | $525.00 |
| Edward Gruber | Deputy Attorney | 1.0 | $350.00 | $350.00 |
| Iesha Reid | Senior Paralegal | 0.3 | $150.00 | $45.00 |
| | | | **Quantity Total** | 2.8 |
| | | | **Subtotal** | $920.00 |
| | | | **Total** | $920.00 |

Invoice # 2    Date: 02/26/2025

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 2 | | $920.00 | $0.00 | $920.00 |
| | | | **Outstanding Balance** | **$920.00** |
| | | | **Amount Requested** | **$900.00** |