*Form 242* (3/23)–doc 83 – 81, 82

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Eugenia G. Hayes  )  Case No. 22–12319–amc
    aka Eugenia Wilkins–Hayes  )
    aka Gina Wilkins–Hayes  )
      )  Chapter: 13
    Debtor(s).  )
      )

## NOTICE OF INACCURATE FILING

Re: Doc.# [81] Application for Compensation, [82] Application for Compensation

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☒ Other: CASE NUMBER IS INCORRECT ON BOTH APPLICATIONS. A PRAECIPE TO WITHDRAW SHOULD BE FILED ALSO

In order for this matter to proceed, please submit the above noted correction on or before March 13, 2025, otherwise, the matter will be referred to the Court.

Date: February 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court