# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Eugenia G. Hayes,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12319-AMC |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Supplemental Application for Compensation which was filed with the Court on February 26, 2025, as ECF No. 81. Thank you.

Date: February 27, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com