**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Eugenia G. Hayes, <br><br> *Debtor*. | Chapter 13 <br> Case No. 22-12319-AMC |

AND NOW, on this ____ day of _____, 2025, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

    It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$900** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:

By the Court:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge