**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Eugenia G. Hayes,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12319-AMC |

    I, MICHAEL A. CIBIK, hereby certify that a true and correct copy of the Supplemental Application for Compensation and all its exhibits, the notice thereof, and the proposed order were served upon the following parties by electronic means or first-class mail on the date set forth below.

    Kenneth E. West (CM/ELF)

    U.S. Trustee (CM/ELF)

    Eugenia G. Hayes
    4108 Tyson Avenue
    Philadelphia, PA 19135

Dated: February 27, 2025          CIBIK LAW, P.C.
                                        *Attorney for Debtor*

                                        By: /s/ Michael A. Cibik
                                            Michael A. Cibik (#23110)
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            215-735-1060
                                            help@cibiklaw.com