## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Eugenia G. Hayes, | Chapter 13 |
| | Case No. 22-12319-AMC |
| *Debtor*. | |

AND NOW, on this _____ day of _____, 2025, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$900** is **ALLOWED** to Cibik Law, P.C.  The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

Date:

By the Court:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge