United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12319-amc |
| Eugenia G. Hayes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 27, 2025 | Form ID: 242 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

**Recip ID            Recipient Name and Address**
db              +  Eugenia G. Hayes, 4108 Tyson Avenue, Philadelphia, PA 19135-1616

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025           Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

**Name            Email Address**

ANGELA CATHERINE PATTISON
    on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC apattison@hillwallack.com, apattison@ecf.courtdrive.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LEROY W. ETHERIDGE, JR.
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Eugenia G. Hayes help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Feb 27, 2025     Form ID: 242     Total Noticed: 1
TOTAL: 5

*Form 242* (3/23)–doc 83 – 81, 82

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Eugenia G. Hayes )<br>   aka Eugenia Wilkins−Hayes )<br>   aka Gina Wilkins−Hayes )<br>   )<br>   Debtor(s). )<br>   ) | Case No. 22−12319−amc<br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [81] Application for Compensation, [82] Application for Compensation

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

☐ Debtor's name does not match case number listed
☐ Debtor's name and/or case number (is) are missing
☐ Wrong PDF document attached
☐ PDF document not legible
☐ Electronic Signature missing
☐ Landlord information missing and/or proof of service not filed
☑ Other: CASE NUMBER IS INCORRECT ON BOTH APPLICATIONS. A PRAECIPE TO WITHDRAW SHOULD BE FILED ALSO

In order for this matter to proceed, please submit the above noted correction on or before March 13, 2025, otherwise, the matter will be referred to the Court.

Date: February 27, 2025

For The Court

Timothy B. McGrath
Clerk of Court