**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Eugenia G. Hayes,<br><br>　　　　　Debtor. | Case No. 22-12319-AMC<br><br>Chapter 13 |

**Certificate of No Response**

　　I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Supplemental Application for Compensation ("the application") filed on February 27, 2025 as ECF No. 86. Pursuant to the notice filed with the application, responses were to be filed and served on or before March 13, 2025. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: March 14, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Cibik
　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com