# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Eugenia G. Hayes,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-12319-AMC |

AND NOW, on this 26th day of March, 2025, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$900** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

By the Court:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge