United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-12319-amc |
|---|---|
| Eugenia G. Hayes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eugenia G. Hayes, 4108 Tyson Avenue, Philadelphia, PA 19135-1616 |
| cr | + CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Mar 27 2025 00:49:08 | National Auto Finance Company, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KAITLIN D. SHIRE | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                        User: admin                                        Page 2 of 2
Date Rcvd: Mar 26, 2025                          Form ID: pdf900                          Total Noticed: 3

MICHAEL A. CIBIK

        on behalf of Debtor Eugenia G. Hayes help@cibiklaw.com
        noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
        m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Eugenia G. Hayes, | Chapter 13 |
| | Case No. 22-12319-AMC |
| *Debtor.* | |

AND NOW, on this 26th day of ___March___, 2025, upon consideration of Debtor's Counsel's Supplemental Application to Approve Compensation:

It is **ORDERED** that the Supplemental Application is GRANTED and that compensation of **$900** is **ALLOWED** to Cibik Law, P.C. The Chapter 13 Trustee may pay the allowed amount as an administrative expense to the extent provided in the approved plan.

By the Court:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Chief Judge