United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-12319-amc
Eugenia G. Hayes  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Jun 24, 2025  Form ID: pdf900  Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugenia G. Hayes, 4108 Tyson Avenue, Philadelphia, PA 19135-1616 |
| cr | + | CARRINGTON MORTGAGE SERVICES, LLC, Hill Wallack LLP, 1415 Route 70 East Suite 309, Cherry Hill, NJ 08034-2210 |
| 14719603 | + | CARRINGTON MORTGAGE SERVICES, LLC, C/O ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Ste. 309, Cherry Hill, NJ 08034-2210 |
| 14718515 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14718526 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14718530 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14719466 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 25 2025 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2025 00:21:30 | National Auto Finance Company, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14738916 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 25 2025 00:21:22 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14718513 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 25 2025 00:18:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14718514 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 25 2025 00:18:00 | Carrington Mortgage Services, LLC, PO Box 5001, Westfield, IN 46074 |
| 14718517 | | Email/Text: megan.harper@phila.gov | Jun 25 2025 00:19:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14718516 | | Email/Text: megan.harper@phila.gov | Jun 25 2025 00:19:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14739645 | | Email/Text: megan.harper@phila.gov | Jun 25 2025 00:19:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14718518 | + | Email/Text: bankruptcy@philapark.org | Jun 25 2025 00:19:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14718519 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 00:21:22 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |

Case 22-12319-amc   Doc 100   Filed 06/26/25   Entered 06/27/25 00:40:20   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14718520 | | Email/Text: bankruptcycourts@equifax.com | Jun 25 2025 00:18:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14718521 | ^ | MEBN | Jun 25 2025 00:13:36 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14718522 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 25 2025 00:21:30 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14718523 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2025 00:18:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14721127 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:21:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14718524 | + | Email/Text: bankruptcy@sccompanies.com | Jun 25 2025 00:19:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14849630 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2025 00:21:43 | National Auto Finance Company, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14718525 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 25 2025 00:21:46 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14730227 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 25 2025 00:18:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14718528 | ^ | MEBN | Jun 25 2025 00:13:43 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14718527 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 25 2025 00:18:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14718529 | + | Email/Text: bankruptcy@philapark.org | Jun 25 2025 00:19:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14730388 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:21:22 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14727207 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2025 00:19:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 14718531 | | Email/Text: bankruptcy@self.inc | Jun 25 2025 00:18:00 | Self Financial/lead Ba, 901 E. 6th Street, Austin, TX 78702 |
| 14718532 | | Email/Text: DASPUBREC@transunion.com | Jun 25 2025 00:18:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761443 | | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor |
| 14849631 | *+ | National Auto Finance Company, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KAITLIN D. SHIRE | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Eugenia G. Hayes help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
EUGENIA G. HAYES | 
 | Bankruptcy No. 22-12319-AMC
Debtor | 

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 24, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge